# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2018

### NO. 03-17-00566-CV

### Ex parte City of El Paso

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
JUSTICE PEMBERTON NOT PARTICIPATING
REVERSED AND RENDERED IN PART, AFFIRMED IN PART—
OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the final judgment signed by the district court on August 7, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in part of the court's judgment. Therefore, the Court reverses the district court's judgment in part and renders judgment as to those parts as follows:

• Paragraphs 5 and 6 of the district court's judgment are deleted;

• The following paragraph is added as a declaration to the judgment:

> The City may lawfully expend proceeds generated from the sale of the Bonds to acquire land, design, construct, improve, renovate, and equip a multipurpose performing arts and entertainment facility located in downtown El Paso. The term "multipurpose performing arts and entertainment," as a matter of law, includes sports and sporting events, but the Facility may not be designed, constructed, improved, renovated, or equipped exclusively for sports and sporting events;

• in paragraph 7 of the district court's judgment, the phrase "Subject to paragraphs 5 and 6 above" is deleted;

• paragraph 9 of the district court's judgment is deleted; and

•       the second full paragraph on page 4 of the district court's judgment (page 1587 of the

clerk's record) is replaced with the following:

>       IT IS FURTHER ORDERED that, as specified by Texas Government Code section 1205.151, this Final Judgment is a permanent injunction against the filing by any person or entity of any proceeding contesting the validity of the bonds, the authorization of the bonds, the expenditure of money relating to the bonds in conformity with this judgment, the provisions made for payment of the bonds or of interest thereon, any matter adjudicated by this Final Judgment, and any matter that could have been raised in these proceedings.

The remainder of the district court's judgment is affirmed.  Each party shall bear its own costs

relating to this appeal, both in this Court and in the court below.